This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-42090**

**WILLIAM GARDNER,**

      Protestant-Appellant,

v.

**NEW MEXICO TAXATION AND
REVENUE DEPARTMENT,**

      Respondent-Appellee.

**APPEAL FROM NEW MEXICO ADMINISTRATIVE HEARINGS OFFICE
Dee Dee Hoxie, Administrative Hearing Officer**

Sommer Udall Law Firm, PA
Bradley M. Odegard
Santa Fe, NM

for Appellant

David E. Mittle
Santa Fe, NM

for Appellee

**MEMORANDUM OPINION**

**HANISEE, Judge.**

**{1}**    Taxpayer appeals from the decision and order of the administrative hearings office, which denied Taxpayer's protest. [RP 96] We entered a notice of proposed disposition, proposing to affirm. Taxpayer filed a memorandum in opposition to that notice, which we have duly considered. Unpersuaded, we affirm.

**{2}**    In our notice, we suggested that the New Mexico Taxation and Revenue Department appropriately assessed unpaid taxes on Taxpayer based on a plea

agreement in a separate criminal matter consistent with NMSA 1978, Section 7-1-17(A) (2023). [CN 3] In his memorandum in opposition, Taxpayer maintains the same assertions he presented in his docketing statement, and does not directly address our proposed conclusion. [MIO PDF 4-5] *See State v. Mondragon*, 1988-NMCA-027, ¶ 10, 107 N.M. 421, 759 P.2d 1003 (stating that "[a] party responding to a summary calendar notice must come forward and specifically point out errors of law and fact," and the repetition of earlier arguments does not fulfill this requirement), *superseded by statute on other grounds as stated in State v. Harris*, 2013-NMCA-031, ¶ 3, 297 P.3d 374. Consequently, we remain unpersuaded that our calendar notice was in error.

**{3}** Accordingly, and for the reasons stated in our notice of proposed disposition, we affirm.

**{4}** **IT IS SO ORDERED.**

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**SHAMMARA H. HENDERSON, Judge**